PEOPLE EX REL. HENRY STORK v. THE JUDGE OF THE
SUPERIOR COURT OF DETROIT.

*New trial.*

An order granting a new trial does not finally dispose of any rights, and cannot be reviewed.

MANDAMUS to set aside an order granting a new trial which had previously been denied, in a case where there was great laxity in settling the bill of exceptions. Submitted and denied June 3.

*B. T. Prentis* for the writ.

PER CURIAM. An order granting a new trial cannot finally dispose of any rights, and is usually, at least, discretionary; and the Supreme Court will not review it simply because we would not have granted it, even though, as in this case, the party seems to have lost by negligence any very good claim to a new trial.

Mandamus denied.